UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SEAN P. TATE
        Petitioner,

v.                                         Case No. 05C0083

JEFFREY P. ENDICOTT
        Respondent.

## ORDER

Petitioner Sean P. Tate filed a petition pursuant to 28 U.S.C. § 2254 asserting that his state court conviction and sentence were imposed in violation of the Constitution. On May 24, 2006 petitioner filed a brief in support of his petition. Along with his petition, he filed a motion to exceed the page limitation for briefs set forth in the local rules. Subsequently, on June 5, 2006, I issued an order providing petitioner with the option of filing a new brief. Because I gave petitioner the option of filing a new brief, I also denied as moot his motion to exceed the page limitation. On June 22, 2006, petitioner notified that court that he would not be filing a new brief in support of his petition and asked the court to "consider [the May 24, 2006] brief" in support of his petition. He also requested that I reconsider his motion to exceed the page limitation.

Accordingly, pursuant to petitioner's request, I will consider the May 24, 2006 brief in support of his petition. I will also grant his motion to exceed the page limitation for briefs set forth in the local rules. Therefore,

**IT IS ORDERED** that petitioner's "Motion for Leave to File Previously Submitted Brief" is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's "Motion to Exceed the Page Limitation" is **GRANTED**.

Dated at Milwaukee, Wisconsin this 6 day of July, 2006.

/s_____
LYNN ADELMAN
District Judge

2